A CERTIFIED TRUE COPY

AUG 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
AUG 28 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**FILED**
AUG 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 15 2006
FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

M 05-1699 CRB

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Irene Anders, et al. v. Merck & Co., Inc., et al.,* S.D. Illinois, C.A. No. 3:06-472

### ORDER LIFTING STAY OF CTO-57 IN MDL-1657, SEPARATING AND REMANDING CERTAIN CLAIMS, AND LIFTING STAY OF CTO-30 IN MDL-1699 AND VACATING THE SEPTEMBER 28, 2006 HEARING SESSION

On July 10, 2006, the Panel filed an order conditionally i) transferring this action (*Anders*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Anders* and remanding them to the Southern District of Illinois, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Anders* filed a notice of opposition to the proposed transfers. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-57" in MDL-1657 filed on July 10, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the claims in this action relating to Bextra and/or Celebrex are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to the Southern District of Illinois.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-30" in MDL-1699 is lifted insofar as it relates to the resulting Bextra/Celebrex action, and thus this action is transferred to the Northern District of California

R.C. [signature]
8/22/06

- 2 -

for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY
AUG 15 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED
AUG 28 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE